AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| The Summit Health and Rehab Services, Inc. | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  3:17-cv-00127-WHB-JCG |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, a Professional Corporation d/b/a Baker Donelson | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:     Bill Nichols State Veterans Home, c/o Administrator Angela Rose
1784 Elkahatchee Road, Alexander City, AL 35010

*(Name of person to whom this subpoena is directed)*

✓ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:                          See Exhbit A

| Place: Corlew Munford & Smith PLLC 4450 Old Canton Road, Suite 111 Jackson, Mississippi 39211 | Date and Time: 07/26/2017 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

        The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  __7-7-17__

        *CLERK OF COURT*

                                        OR

_____                    _____
    *Signature of Clerk or Deputy Clerk*                          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Baker, Donelson, Bearman,Caldwell&Berkowitz,a Professional Corp.dba Baker Donelson  , who issues or requests this subpoena, are:

Kathy K. Smith, 4450 Old Canton Road, Suite 111, Jackson, MS 39211, ksmith@cmslawyers.com, (601) 366-1106

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Subpoena to Bill Nichols State Veterans Home**

**Exhibit A**

- Any and all communications with The Summit Health and Rehab Services, Inc. ("The Summit") and/or any of its employees and representatives regarding The Summit's provision of rehabilitation services to your facility located in Alexander City, Alabama, including, but not limited to, when The Summit would begin providing services, when The Summit could begin billing for services, how it would bill for services, and who would pay The Summit.

- Baker Donelson specifically does <u>not</u> want you to produce any medical records for care provided by The Summit to any patient at your facility.

- This subpoena is limited to documents created between February 21, 2013 and February 23, 2017.